THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Arkella Rena
 Brown, Appellant.
 
 
 

Appeal from Richland County
 John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No.  2007-UP-479
Submitted October 1, 2007  Filed October
 12, 2007
APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, Office of Appellate
 Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, of the Office of the Attorney General;  and Solicitor Warren B. Giese,
 all of Columbia, for Respondent.
 
 
 

PER CURIAM: 
 Arkella Rena Brown pled guilty to shoplifting over $1000.  She received three
 years.  On appeal, Brown alleges the plea judge erred in accepting her plea without
 fully advising her of her constitutional rights.  Brown did not file a pro se brief.  After a thorough review of the record and counsels brief
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
 HUFF and KITTREDGE, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.